July Term,
1795.

## *Drake* v. *Hunt.*

THIS action was originally commenced in the mayor's court of the city of *New-York*, and removed by *habeas corpus*.

Bail had been regularly filed, and *Munro* for the defendant, moved the last *April* term, that the plaintiff be *nonprossed* for not declaring. He cited 2 *Crompton*, 410. 2 *Salk.* 455. *Gilbert's Law of Distresses*, 139. *Cur. ad. vult.*

The court now gave their unanimous opinion, that the cause having been removed to this court without the agency or approbation of the plaintiff, he was not obliged to follow it, and could not be *nonprossed* for not declaring here, as he had never been in court; but that the defendant was not bound to accept a declaration after two terms had elapsed.